IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE C. FORTUNE,
REG. #19866-045                                                            PLAINTIFF

v.                              No. 2:11-cv-34-DPM-JTR

JOHN DOES, Unknown
Correctional Officers, FCI-Forrest City                          DEFENDANTS

ORDER

On 7 April 2011, Magistrate Judge J. Thomas Ray ordered Fortune to file an amended complaint within 30 days. *Document No. 10*. Fortune has failed to comply with that Order. Accordingly, his complaint is dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]

An *in forma pauperis* appeal from this Order of Dismissal and accompanying Judgment would not be taken in good faith. 28 U.S.C. §

---

[1] Local Rule 5.5(c)(2) provides:

Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2011