IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE C. FORTUNE,
REG. #19866-045                                                                    PLAINTIFF

v.                              No. 2:11-cv-34-DPM

JOHN DOES, Unknown
Correctional Officers, FCI-Forrest City                             DEFENDANTS

## JUDGMENT

Fortune's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

20 October 2011